Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

NEW YORK RAPID TRANSIT CORPORATION, Respondent,
v. BRONX INVESTMENT COMPANY, Appellant, Impleaded
with Others.

### (Actions Nos. 1 and 2.)

*Vendor and purchaser — contract — specific performance — real prop-
erty — title — action to compel specific performance of alleged contract
to purchase real property — claimed defect in title.*

*N. Y. Rapid Transit Corp.* v. *Bronx Investment Co.*, 216 App. Div.
767, affirmed.

(Argued May 14, 1926; decided June 1, 1926.)

APPEAL, in each of the above-entitled actions, by per-
mission, from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 23, 1926, which affirmed an order of Special Term
denying a motion of defendant, appellant, for a dismissal
of the complaint in an action to compel specific perform-
ance of an alleged contract to purchase real property.
Defendant, appellant, claims that two certain mortgages
set out in full in the complaint, by reason of after-acquired
property clauses therein, were liens on the real property
herein, so that plaintiff was unable to convey the fee
of the premises free from all incumbrances as agreed.
The Appellate Division held that the clauses mentioned
did not affect the plaintiff's title to the property.   The
following question was certified: " Does the complaint
herein state facts sufficient to constitute a cause of
action? "

*Charles L. Woody* for appellant.

*Trabue Carswell, M. B. Hoffman* and *George D. Yeomans*
for respondent.

Order in each case affirmed, with costs; questions
certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.